O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORP.,<br><br>　　　　　　Defendant. | Case No. 8:12-cv-1683-ODW(MRWx)<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE AND MOTION TO STAY HEARING DATE [16]** |

　　　　The scheduling conference in this matter, currently for January 14, 2012, is hereby **CONTINUED to April 1, 2013, at 1:30 p.m.** The parties' joint Rule 26(f) conference is therefore due no later than March 18, 2013. Defendants' Motion to Stay (ECF No. 16), also currently set for January 14, 2013, is likewise **CONTINUED to April 1, 2013**, to coincide with the scheduling conference date.

　　　　The Court intends to consolidate all of the *Digitech* matters pending before this Court for discovery purposes only. Accordingly, the parties shall be prepared at the April 1 scheduling conference to propose and discuss case management options to streamline discovery, including *Markman*. All parties shall additionally be prepared to discuss (1) the various retailer Defendants' pending motions to stay and (2) any anticipated motions to transfer venue. To facilitate this discussion, the parties are urged to collaborate in preparation for the scheduling conference.

Finally, due to space limitations, the Court orders that only the single lead trial counsel in this matter appear for the scheduling conference.

**IT IS SO ORDERED.**

December 27, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2